E-FILED
Tuesday, 20 October, 2026 12:46:19 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 20 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-CR-10045 |
| | ) | |
| JAMES W. HALL, | ) | VIO: 18 U.S.C. § 2250(a) |
| | ) | |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

**COUNT ONE**
(Failure to Register as a Sex Offender)

**THE GRAND JURY CHARGES:**

Between on or about August 15, 2026, and on or about September 9, 2026, in Peoria County in the Central District of Illinois, the defendant,

**JAMES W. HALL,**

a person required to register as a sex offender under the Sex Offender Registration and Notification Act, and a sex offender by reason of conviction under Federal law, knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a).

A true bill.

s/redacted

Foreperson

s/redacted

GREGORY M. GILMORE
UNITED STATES ATTORNEY

GJH